IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

AKINSHEYE FOSTER,

Defendant.

CRIMINAL ACTION
NO. 12-175-1

**ORDER**

**AND NOW**, this 22nd day of June 2021, upon consideration of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 89) and the Government's Response in Opposition to Defendant's Motion (Doc. No. 92), it is **ORDERED** that Defendant's Motion (Doc. No. 89) is **DENIED**.

BY THE COURT:

_____
JOEL H. SLOMSKY, J.